MASIAKOWSKI, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *Fons, Stoecker, Mietus & Fendryk* of Milwaukee.

For the respondent Industrial Commission: *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondents Schneider Fuel & Supply Company and American Mutual Liability Insurance Company: *Charles H. Gorman* of Milwaukee.

*By the Court.*—Judgment affirmed.

*November 7, 1939.*

LA FRENIER and another, Respondents, vs. SCANDRETT and others, Trustees, Appellants.

For the appellants: *Bender, Trump & McIntyre* of Milwaukee.

For the respondents: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

EGGERT, Appellant, vs. MEILS and another, Respondents.

For the appellant: *Atwell & Atwell* of Stevens Point.

For the respondents: *Walter B. Murat* of Stevens Point.

*By the Court.*—Judgment affirmed.